Stephanie Berman Schneider, Esq. - SBN 168519
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Blvd., Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
E-Mail: sjschneider@b3law.com
Legal Assistant: Sherree Silva – ssilva@b3law.com

Attorneys for A B RECOVERY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LOUK, | CASE NO: 8:25-cv-02155-DOC-KES |
| Plaintiff, | [Assigned to Hon. David O. Carter and Hon. Karen E. Scott] |
| vs. | **NOTICE OF INTERESTED PARTIES** |
| CAPITAL ONE AUTO FINANCE, a division of CAPITAL ONE, NATIONAL ACCOCIATIONL MVCONNECT, INC.; A B RECOVERY; and DOES 1 through 10, inclusive, | Complaint Filed: 10/07/2025 |
| Defendants. | |

Pursuant to Civil Local Rule 7.1-1, the undersigned counsel of record for Defendant A B RECOVERY certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.    JUSTIN LOUK                                   Plaintiff

2.    A B RECOVERY                             Defendant

1

    3.    CAPITAL ONE            Defendant

2

          AUTO FINANCE

3

    4.    MVCONNECT, INC.        Defendant

4

5

6   DATED: December 10, 2025

                      BERMAN  BERMAN  BERMAN

7                           SCHNEIDER & LOWARY, LLP

                      By: _____

8                 STEPHANIE BERMAN SCHNEIDER,

9                    ESQ.

                    Attorneys for A B RECOVERY

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 11900 West Olympic Boulevard, Suite 600, Los Angeles, California 90064.

On December 10, 2025, I served the foregoing document described as **"NOTICE OF INTERESTED PARTIES"** on the interested parties in this action by placing a [X] true copy thereof [] the original document enclosed in a sealed envelope addressed as follows:

## [SEE ATTACHED SERVICE LIST]

__ **(BY MAIL)** In accordance with the regular mail collection and processing practices of this business office, with which I am familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope for collection and mailing on this same date following ordinary business practices.

X __ **(BY ELECTRONIC MAIL)** Based on Berman, Berman, Berman, Schneider & Lowary, LLP's electronic service policy, I sent the above document(s) to the person(s) at the electronic address(es) noted in the attached service list from my electronic service address which is ssilva@b3law.com. Pursuant to Code of Civil Procedure §1010.6(c)(1) all parties shall accept electronic service of documents that would normally be served by mail, overnight delivery or facsimile.

___ **(BY OVERNIGHT MAIL)**
___ I caused such envelope to be delivered by hand to the office of the addressee, either by overnight delivery via Federal Express or Overnite Express.

___ **(BY PERSONAL SERVICE)**
__ By personally delivering copies to the person served.
__ I delivered such envelope by hand to the office of the addressee pursuant to C.C.P. Section 1011.
__ I caused such envelope to be delivered by hand to the office of the addressee, by local courier service.
__ I caused such envelope to be delivered to the office of the addressee, by telecopier or facsimile machine. Proof of such delivery is attached hereto.

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

1 | STATE

2 | __X__    I declare under penalty of perjury under the laws of the State of California that

3 | the above is true and correct.

4 | Executed on December 10, 2025, at Los Angeles, California.

5 | SHERREE SILVA

6 | Name                                                                    Signature

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL

**Mailing List**

*Justin Louk vs. Capital One Auto Finance, et. al.*
Central District Court of California, Case No: 8:25-cv-02155-DOC-KES

Brandon A. Block, Esq.
LAW OFFICES OF BRANDON A. BLOCK, APC
9440 Santa Monica Boulevard, Suite 301
Beverly Hills, CA 90210
Telephone: 424-600-9454
Facsimile: 424-600-9631
Email: brandon@bblocklaw.com
**Attorneys for Plaintiff**
**JUSTIN LOUK**

X. Diego Wu Min, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
12255 El Camino Real, Suite 250
San Diego, CA 92130
Telephone: 858 350 6154
Facsimile: 858 350 6111
Email: dwu@ktslaw.com
**Attorneys for Defendant**
**CAPITAL ONE AUTO FINANCE**

ANSWER TO COMPLAINT; DEMAND FOR JURY TRIAL